UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON STATEN,

    Plaintiff,                                 Case No. 21-cv-11323
                                               Hon. Matthew F. Leitman

v.

HOME CARE SERVICES, INC.,

    Defendant.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

Now pending before the Court is Defendant's Motion to Dismiss (ECF No. 4). On July 1, 2021, the United States Court of Appeals for the Sixth Circuit issued a decision in *Timothy Boykin v. Family Dollar* Stores, 6th Circuit Case Number 20-1153. The decision appears to bear directly on some of the issues raised in Defendant's motion. The Court concludes that it would benefit from supplemental briefing from the parties addressing the impact, if any, of the *Boykin* decision on the pending motion. The parties shall file supplemental briefs of no longer than seven pages addressing that issue. **The briefs shall be filed by July 27, 2021.**

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: July 13, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2021, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (810) 341-9764